

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

OSCAR ARRIAGA

DEFENDANT(S).

CASE NUMBER

2:16-MJ-02248-DUTY

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _____December 7_____, 2016_____, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _E_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: _December 1, 2016_     _____

U.S. ~~District Judge~~/Magistrate Judge